IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DAVID C. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 2:14-cv-02170 |
| | ) | |
| MARK MASSE and CARLE | ) | |
| FOUNDATION HOSPITAL, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF DISMISAL OF COUNT II
OF THE FIRST AMENDED COMPLAINT

Now this matter comes on to be heard upon the written Stipulation of the Plaintiff, DAVID C. HILL, and the Defendant, THE CARLE FOUNDATION HOSPITAL, an Illinois Not-For-Profit Corporation, representing that Count II of the First Amended Complaint should be dismissed with prejudice in bar of action on account of settlement; said Stipulation being ratified and approved by the Court, the Court finds that said Stipulation is properly of record and Count II of the First Amended Complaint should be dismissed with prejudice in bar of action in accordance with the representations contained therein.

THEREFORE, IT IS ORDERED that Count II of the First Amended Complaint is hereby dismissed with prejudice in bar of action, with each party to pay his or its costs, cause of action stricken.

ENTERED this 3rd day of November, 2015.

/s/ Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE

- 2 -

APPROVED AS TO FORM:


By_____s/ Angelica W. Wawrzynek_____
      Mr. Angelica W. Wawrzynek
      Attorney for Plaintiff


By_____s/ John F. Watson_____
      Mr. John Watson
      Attorney for Defendant,
      MARK MASSE